JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIVEX USA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPAGHETTI WAREHOUSE RESTAURANTS, INC.,<br><br>　　　　Defendant. | Case No. 2:17-CV-03730-RGK-(SSx)<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL AND REQUEST FOR RESERVATION OF JURISDICTION**<br><br>Date:　　N/A<br>Time:　　N/A<br>Dept:　　7C<br>Judge:　Hon. R. Gary Klausner |

Pursuant to the stipulation of the parties, the above-captioned case is hereby dismissed with prejudice, both as to the claims asserted by Plaintiff and the counterclaim asserted by Defendant. The Court shall retain jurisdiction over this case, the settlement agreement, and the parties to enforce the terms of the parties' settlement agreement until the terms of that agreement are fully performed.

**IT IS SO ORDERED.**

DATE: _March 06, 2018_____ *Gary Klausner*

HON. R. GARY KLAUSNER,
DISTRICT COURT JUDGE

LAACTIVE-603031308.2